# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASIAN AMERICAN ENTERTAIN-MENT CORPORATION, LIMITED, a Macau Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS, INC., et al.,<br><br>Defendants. | 2:07-CV-00144 JCM (PAL)<br><br>Date:   N/A<br>Time:   N/A |

# ORDER

Presently before the court are the report and recommendation of United States Magistrate Judge Peggy A. Leen (Doc. # 132), filed on February 11, 2010.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

Upon review of the magistrate judge's findings and recommendation (Doc. # 132) and there being no objections filed,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and recommendation of United States Magistrate Judge Peggy A. Leen (Doc. # 132) is AFFIRMED in its entirety.  The instant action is hereby DISMISSED for failure to prosecute this action and failure to comply with the court's order that it retain substitute counsel.

DATED this 16th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**