# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASIAN AMERICAN ENTERTAINMENT CORPORATION, LIMITED, a Macau Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS, INC., et al.,<br><br>Defendants. | 2:07-CV-00144 JCM (PAL)<br><br>Date:    N/A<br>Time:    N/A |

**ORDER**

Presently before the court is plaintiff Asian American Entertainment Corporation, Limited's motion for an extension of time to file an opposition to defendants Las Vegas Sands, Inc., Venetian Casino Resort, LLC, and Venetian Venture Development, LLC's motion for a preliminary and permanent injunction. (Doc. #139). Defendants have filed an opposition (doc. #141) and request that the court enter an appropriate order granting the injunction (doc. #142).

While the court is cognizant of the impact of the local rules in this case, *see* LR 7-2(d), and the fact that plaintiff's time to respond to the motion has recently expired, the court prefers issuing rulings on the merits, rather than technicalities. *See Mendoza v. Wight Vineyard Mgmt.*, 783 F.2d 941, 945 (9th Cir. 1986).

Accordingly, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to

**James C. Mahan**
**U.S. District Judge**

extend time (doc. #139) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that plaintiffs shall have up to, and including, May 31, 2012, in which to have counsel formally appear in this action and oppose defendants' motion.

IT IS FURTHER ORDERED that defendants' motion for entry of an appropriate order (doc. #142) be, and the same hereby is, DENIED.

DATED this 16th day of May, 2012.

_____
**UNITED STATES DISTRICT JUDGE**