MORRIS LAW GROUP
Steve Morris, , Bar No. 1543
Email: sm@morrislawgroup.com
300 South Fourth Street - Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422

Attorneys for Defendant
Las Vegas Sands, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASIAN AMERICAN ENTERTAINMENT CORPORATION, LIMITED, a Macau corporation,<br>Plaintiff,<br>v.<br>LAS VEGAS SANDS, INC., a Nevada corporation, et al.,<br>Defendants. | Case No.: 2:07-cv-00144-JCM-PAL<br><br>**LOCAL RULE 7.2-1**<br>**NOTICE OF RELATED CASES** |

Please take notice that case 2:14-cv-01124-RFB-GWF, filed on July 9, 2014 by Asian American Entertainment Corporation, Limited, against Las Vegas Sands Corporation, Las Vegas Sands, LLC, et al. ("Asian American 2"), is related to another case filed by Asian American on February 5, 20076, styled *Asian American Entertainment Corporation Limited v. Las Vegas Sands, Inc., et al.*, Case 2:07-cv-00144-JCM-PAL (Asian American 1").

Asian American 1 and 2 arise out of common facts and events that occurred in Macau and Las Vegas, commencing in 2001. The corporate parties named as Las Vegas Sands defendants in Asian American 2 are substantially the same as named in Asian American 1; the individual

defendants are identical. The claims in Asian American 1 are substantially the same as in Asian American 2, although the latter requests forms of relief not sought in Asian American 1. The core facts alleged in both actions are, however, the same and involved the same property and transactions in Macau. Local Rule 7.2-1(a) and (b).

Because both actions involve common questions of fact and law with which the judicial officers in Asian American 1 are already familiar, it would facilitate efficient disposition of Asian American 2 for it to be assigned to the Honorable James C. Mahan, who presided over Asian American 1 from inception in 2007 to its termination in April 2010 and thereafter from April 2012 to June 2012, when post-termination injunctive relief was considered. Assignment to Judge Mahan would effect a substantial savings of judicial effort and uniform application of the law governing both actions. Local Rule 7.2-1(a), (b), and (c).

This Notice of Related Cases is not an appearance or an acknowledgement of service by any defendant.

MORRIS LAW GROUP

By: /s/ Steve Morris
Steve Morris, No. 1543
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
Las Vegas Sands, Inc.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following document, **LOCAL RULE 7.2-1 NOTICE OF RELATED CASES**, was served via electronic service:

Ross C Goodman
Goodman Law Group
520 S Fourth Street
2nd Floor
Las Vegas, NV 89101
ross@goodmanlawgroup.com

Hans Baldau
Ken R. Ashworth & Associates
1057 Whitney Ranch Drive
Suite 350
Henderson, NV 89014
702-893-9500
702-893-2725 (fax)
hbaldau@ashworthlaw.com

Attorneys for Plaintiff

Dated this 28th day of July, 2014.

By: [signature]